Dismissed and Memorandum Opinion filed January 8, 2004









Dismissed and Memorandum Opinion filed January 8,
2004.

 

 

In The

Fourteenth Court of Appeals

 

____________

 

NO. 14-02-00788-CV

____________

 

HATSY HEEP SHAFFER,
Appellant

 

V.

 

COMPASS BANK, Appellee

 



 

On Appeal from the Probate
Court No. 1

Harris County, Texas

Trial Court Cause No.  322,228-401

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed April 22, 2002.  By order dated February 13, 2003, this appeal
was stayed during the pendency of bankruptcy
proceedings. 

On December 22, 2003, appellant filed a motion to dismiss the
appeal, asserting that the automatic stay in the bankruptcy court had been
lifted on November 3, 2003, to allow dismissal of this appeal.  See Tex.
R. App. P. 42.1.  We lift the
abatement, reinstate the appeal, and grant appellant=s motion to dismiss.

Accordingly, the appeal is ordered dismissed.








 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 8, 2004.

Panel consists of Justices Yates,
Hudson, and Fowler.